GERALD SINGLETON, State Bar No. 208783
BRODY A. McBRIDE, State Bar No. 270852
SINGLETON LAW FIRM, APC
115 West Plaza Street
Solana Beach, CA 92075
Tel.  (760) 697-1330
Fax.  (760) 697-1329
Email:  gerald@geraldsingleton.com
        brody@geraldsingleon.com

Attorneys for Plaintiffs

JEFFREY R. EPP, City Attorney/SBN 123565
MICHAEL R. McGUINNESS, Asst. City Attorney/SBN 132646
ANDREA M. VELASQUEZ, Deputy City Attorney/SBN 249210
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
Tel.  (760) 839-4608
mmcguinness@ci.escondido.ca.us
avelasquez@ci.escondido.ca.us

Attorneys for Defendants City of Escondido,
Craig Carter, Kevin Toth, Robert Craig, Huy Quach,
Jake Rouchin and Joseph Leffingwell

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY EMMONS and MAGGIE EMMONS,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF ESCONDIDO, CRAIG CARTER, JIM MAHER, KEVIN TOTH, ROBERT CRAIG, HUY QUACH, JAKE HOUCHIN, and | Case No.  14cv1662-JM (DHB)<br><br>**JOINT EX PARTE MOTION** |

1

*EMMONS V. CITY OF ESCONDIDO* – JOINT MOTION

JOSEPH LEFFINWELL, and DOES 1–50, inclusive,

        Defendants.

TO:    THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

The parties, by and through their attorneys of record, do hereby respectfully request that this Court issue an Order for the following:

(1)    Dismissing Defendant JIM MAHER, with prejudice, with all parties to bear their own attorney fees and costs;

(2)    Substituting Corey Moles for Defendant DOE 1; and

(3)    Taking Defendants' Motion to Dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure ("Rule") 12(b)(6) currently scheduled for September 29, 2014, at 10:00 a.m., off calendar, and extending the time in which Defendants must file a responsive pleading to Plaintiffs' Complaint until 21 days after the Court issues its Ruling on Plaintiffs' Motion/Petition for Relief From Claim Filing Requirement (Doc. No. 3) that was set for hearing on September 2, 2014.

The parties submit that good cause exists for the requested Order on the following grounds:

First, Defendant Jim Maher retired before the date on which the incident set forth in Plaintiffs' complaint occurred. On the date of the incident, May 27, 2013, Corey Moles was the acting chief of the Escondido Police Department. Accordingly, the parties agree that Mr. Moles, not Mr. Maher, is the proper individual defendant for any cause of action alleging official liability on the part of the Escondido Chief of Police as of May 27, 2013.

//

2

*EMMONS V. CITY OF ESCONDIDO* – JOINT MOTION

Second, if the Court grants Plaintiffs' Motion/Petition for Relief from the Claim Filing Requirement to be relieved from the provisions of California Government Code §945.4, then Defendants' Rule 12(b)(6) motion will be moot as the grounds for the Motion is that Plaintiffs failed to comply with the Claims Filing Requirement.

To avoid an unnecessary expenditure of judicial resources, the parties therefore request that Defendants' motion be taken off calendar, and that the time in which Defendants must file a responsive pleading to Plaintiffs' Complaint be extended until 21 days after the Court issues its Ruling on Plaintiff's Motion/Petition for Relief from the Claim Filing Requirement.

SO STIPULATED.

Respectfully Submitted,

SINGLETON LAW FIRM, APC

Dated:  September 5, 2014        By:   */s/ Gerald Singleton*
                                       GERALD SINGLETON
                                       BRODY A. McBRIDE
                                       Attorneys for Plaintiffs


OFFICE OF THE CITY ATTORNEY
Jeffrey R. Epp, City Attorney
Michael R. McGuinness, Asst. City Attorney

Dated:  September 5, 2014        By:   */s/ Andrea M. Velasquez*
                                       Deputy City Attorney
                                       Attorney for Defendants

## **CERTIFICATION UNDER SECTION 2(f)(4)**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and Defendants and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

        */s/ Gerald Singleton*
        GERALD SINGLETON
        Attorney for Plaintiffs