UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY EMMONS and MAGGIE EMMONS,<br><br>     Plaintiffs,<br>v.<br><br>CITY OF ESCONDIDO, et al.,<br><br>     Defendants. | Civil No. 14cv1662-JM (DHB)<br><br>**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

   Upon the joint request of the parties, IT IS HEREBY ORDERED that the Case Management Conference currently set for March 9, 2015 at 9:30 a.m. shall be rescheduled **March 9, 2015** at **<u>10:30 a.m.</u>**

   IT IS SO ORDERED.

Dated: March 4, 2015

             _____
             DAVID H. BARTICK
            United States Magistrate Judge

1