UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY EMMONS and MAGGIE EMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO, et al.,<br><br>Defendants. | Case No. 14cv1662-JM (DHB)<br><br>**SCHEDULING ORDER** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference was held on March 9, 2015. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. Counsel shall refer to the "Standing Rules for Civil Matters" of the Honorable Jeffrey T. Miller, which are accessible via the Court's website at www.casd.uscourts.gov.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **June 12, 2015**.

3. All fact discovery shall be completed by all parties on or before **September 9, 2015**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cutoff date, *so that it may be completed* by the cutoff date, taking into

account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. The Court's procedures for resolving discovery disputes are set forth in Judge Bartick's Civil Chambers Rules, which are posted on the Court's website.

4. Cross-motions for summary judgment shall be **FILED** on or before **October 9, 2015**.

Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be advised that the period of time between the date you request a motion date and the hearing date may be up to sixty (60) days. Please plan accordingly**. Failure of counsel to timely request a motion date may result in the motion not being heard.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without such leave of court.

5. The Court will defer issuing the remainder of the pretrial schedule until the Court has ruled on the cross-motions for summary judgment. Once the ruling has been issued, the Court will hold another Case Management Conference, at which time the remainder of the pretrial schedule will be issued. The parties shall contact Judge Bartick's chambers within three (3) days of the Court's ruling on the cross-motions in order to schedule this Case Management Conference.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED**.

DATED: March 9, 2015

DAVID H. BARTICK
United States Magistrate Judge