UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY EMMONS and MAGGIE EMMONS,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>CITY OF ESCONDIDO, et al.,<br><br>　　　　　　Defendants. | Civil No. 14cv1662-JM (DHB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that a Case Management Conference shall be held on **April 1, 2016** at **9:00 a.m.** before Judge Bartick. The Conference will be telephonic, with attorneys only. The parties shall use the Court's conferencing system:

```
        Conference number:          (888) 684-8852
        Access code:                2236596
        Participant security code:  1662
```

IT IS SO ORDERED.

Dated: March 3, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DAVID H. BARTICK
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge