# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY EMMONS and MAGGIE EMMONS,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF ESCONDIDO, et al.,<br><br>            Defendants. | Civil No. 14cv1662-JM (DHB)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

On April 1, 2016, the Court held a Case Management Conference. The parties advised the Court that Plaintiff intends to file a Notice of Appeal with the Ninth Circuit following resolution of Defendants' pending Rule 60 motion. Accordingly, the Court finds good cause to delay issuing a further scheduling order at this time.

IT IS HEREBY ORDERED that a Status Conference shall be held on **June 30 2016** at **9:30 a.m.** before Judge Bartick. The Conference will be telephonic, with attorneys only. The parties shall use the Court's conferencing system:

```
Conference number:            (888) 684-8852
Access code:                  2236596
Participant security code:    1662
```

IT IS SO ORDERED.

Dated: April 1, 2016

_____
DAVID H. BARTICK
United States Magistrate Judge