JEFFREY R. EPP, City Attorney/SBN 123565
MICHAEL R. MCGUINNESS, Asst. City Attorney/SBN 132646
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
(760) 839-4608 Tel.
mmcguinness@ci.escondido.ca.us

Attorneys for Defendants City of Escondido,
Craig Carter, Cory Moles, Kevin Toth, Robert Craig,
Huy Quach, Jake Houchin and Joseph Leffingwell

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY and MAGGIE EMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO; EPD Chief of Police CRAIG CARTER; Former Acting EPD Chief of Police CORY MOLES; EPD Sgt. KEVIN TOTH; EPD Officers ROBERT CRAIG, HUY QUACH, JAKE HOUCHIN, and JOSEPH LEFFINGWELL; and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO.: '14-CV-1662-JM (DHB)<br><br>REPLY TO RESPONSE TO DEFENDANTS' MOTION FOR CORRECTION OF ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS<br><br>[FRCP RULE 60(a)]<br><br>DATE:   April 25, 2016<br>TIME:   10:00 a.m.<br>DEPT:   Courtroom 5D<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants CITY OF ESCONDIDO ("City"), CRAIG CARTER, CORY MOLES, ROBERT CRAIG, JAKE HOUCHIN, JOSEPH LEFFINGWELL, and KEVIN TOTH, individually and collectively, submit the following Reply in Support of their Motion for Correction of Order Granting Summary Judgment in Favor of Defendants.

/ / /

/ / /

/ / /

/ / /

## I.
## INTRODUCTION

Plaintiffs' Response to Defendants' Motion correctly notes that Plaintiffs did not in fact name the City as a Defendant in the First, Second, and Third Causes of Action and therefore, Defendants agree that the Court's Order should not be corrected to grant the City's Motion as to those causes of action. Defendants apologize for the confusion.

Given that the Plaintiffs concede that the Order should be corrected in all other respects as moved, Defendants hereby amend its motion for the Order to be corrected as follows:

1. Carter's Motion is GRANTED as to the entire FAC;
2. Moles' Motion is GRANTED as to the entire FAC;
3. References to Defendant Quach be removed as a Defendant in whose favor summary judgment has been granted; and
4. References to Defendant "Leffinwell" are corrected to "Leffingwell."

## III.
## CONCLUSION

In light of the foregoing, Defendants respectfully request that the Order be corrected as outlined above.

It is respectfully submitted.

DATED: April 12, 2016        OFFICE OF THE CITY ATTORNEY
                             Jeffrey R. Epp, City Attorney

                             By:  /S/ Michael R. McGuinness
                                  MICHAEL R. MCGUINNESS
                                  Assistant City Attorney/Litigation