

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Marty Emmons and Maggie Emmons,
    Plaintiffs,

v.

City of Escondido; EPD Chief of Police, Craig
Carter; Former EPD Chief of Police, Jim Maher;
EPD Sgt.Kevin Toth; EPD Officers Robert Craig,
Huy Quach, Jake Houchin and Joseph Leffingwell;
Former Acting EPD Chief of Police, Corey Moles,
    Defendants.

Civil Action No.   14cv1662 JM(DHB)

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court grants the motion for reconsideration and instructs the Clerk of Court to enter judgment in
favor of Defendants and against Plaintiffs on all claims alleged in the First Amended Complaint.

**Date:**     4/27/16

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Uran

R. Uran, Deputy