UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY AND MAGGIE EMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO AND DOES 2-50 inclusive,<br><br>Defendant. | Case No.: 14CV1662-JM(BLM)<br><br>**ORDER SETTING TELEPHONIC, ATTORNEYS-ONLY CASE MANAGEMENT CONFERENCE** |

This matter was initiated on July 15, 2014 when Plaintiffs filed a complaint alleging violations of their civil rights under Title 42 United States Code ("U.S.C.") section 1983 pursuant to 28 U.S.C. sections 1331, 1343(a)(3) and (4), and 2201. ECF No. 1. The case was assigned to District Court Judge Jeffrey T. Miller and Magistrate Judge David H. Bartick. Id.

On March 2, 2016, District Court Judge Jeffrey T. Miller issued an order granting motion for summary judgment in favor of Defendants and against Plaintiffs. ECF No. 40. On May 26, 2016, Plaintiffs filed a notice of appeal. ECF No. 50. On February 22, 2018, the United States Court of Appeals for the Ninth Circuit filed a memorandum disposition which it amended on March 29, 2018. ECF No. 55.

On June 1, 2018, the United States Court of Appeals for the Ninth Circuit issued a mandate stating "[t]he judgment of this Court, entered February 22, 2018, Amended March 29, 2018, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure." ECF No. 58. That same day, the Court held an Appeal Mandate Hearing and transferred the case from Magistrate Judge Bartick to Magistrate Judge Barbara L. Major. ECF Nos. 57-58. Accordingly, the Court finds it appropriate to hold a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference on **August 8, 2018** at **2:30 p.m.** to discuss the status of the case. The Court will initiate the call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED**.

Dated: 7/24/2018

Hon. Barbara L. Major
United States Magistrate Judge