MICHAEL R. MCGUINNESS, City Attorney/SBN 132646
KEITH PHILLIPS, Asst. City Atty./SBN 190664
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
(760) 839-4608 Tel.
mmcguinness@escondido.org
kphillips@escondido.org

Attorneys for Defendants City of Escondido,
Craig Carter, Cory Moles, Kevin Toth, Robert Craig,
Huy Quach, Jake Houchin and Joseph Leffingwell

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY and MAGGIE EMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO; EPD Chief of Police CRAIG CARTER; Former Acting EPD Chief of Police CORY MOLES; EPD Sgt. KEVIN TOTH; EPD Officers ROBERT CRAIG, HUY QUACH, JAKE HOUCHIN, and JOSEPH LEFFINGWELL; and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO.: '14-CV-1662-JM (BLM)<br><br>NOTICE OF APPEARANCE OF KEITH PHILLIPS |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF COUNSEL:

Assistant City Attorney Keith Phillips hereby requests the Court to enter his appearance as co-counsel in this case for Defendants City of Escondido, Craig Carter, Cory Moles, Kevin Toth, Robert Craig, Huy Quach, Jake Houchin and Joseph Leffingwell and to be added to the ECF System for all notices and filings hereafter generated in this case.

Respectfully submitted,

DATED:   July 26, 2018        OFFICE OF THE CITY ATTORNEY
                              Michael R. McGuinness, City Attorney

                              By:   /S/ Keith Phillips
                                    KEITH PHILLIPS
                                    Assistant City Attorney

1                                                 ' 14-CV-1662-JM (BLM)