1
2
3
4  Attorney for  Plaintiff MARTY and MAGGIE EMMONS
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| MARTY and MAGGIE EMMONS | ) | Case No. 14cv1662-JM (DHB) |
| | ) | |
| | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | |
| vs. | ) | |
| CITY OF ESCONDIDO, ET AL. | ) | |
| | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Singleton Law Firm, APC has changed _____ names, _____ firms, __✓__ addresses, __✓__ phone numbers, and/or _____ fax numbers as follows.

Current contact information:

450 A Street, 5th Floor
San Diego, California 92101
Ph: (619) 771-3473

DATED: January 10, 2019            Signature:_____